# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BABCOCK, LEWIS T | U.S. DISTRICT COURT - COLORADO | 04/04/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address<br><br>901 - 19TH STREET, A273<br>DENVER, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 16 A 10: 45 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 04/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Self-employed (Artist) |
| 2. | 2006 | Boat Anchors, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 04/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Double Eagle petroleum Mining Co (Com.) | | None | J | T | | | | | |
| 2. Prime Energy Corp (Com) | | None | J | T | | | | | |
| 3. jhi, Inc. (Com | | None | J | T | | | | | |
| 4. Colorado Public Employees Retirement Association | | None | M | T | | | | | |
| 5. Brokeridge Account #1 (IRA) | | | | | | | | | |
| 6. a) AIM Value Fund Cl B, nka AIM Premier Equity CIB | A | Dividend | J | T | | | | | |
| 7. b) Hartford Fund Cl B | A | Dividend | J | T | | | | | |
| 8. Brokeridge Account #2 (IRA) | | | | | | | | | |
| 9. a) AIM Value Fund C1B, nka AIM Premier Equity C1B | A | Dividend | J | T | | | | | |
| 10. Brokerage Account #2 | | | | | | | | | |
| 11. a) AIM Equity Fund Class A | A | Dividend | J | T | | | | | |
| 12. Brokeridge Account #3 | | | | | | | | | |
| 13. a) Citibank NA | A | Interest | J | T | | | | | |
| 14. b) AT&T Corp (Com) nka AT&T Inc | A | Dividend | J | T | | | | | |
| 15. d) Weyth (Com) | A | Dividend | K | T | | | | | |
| 16. e) Avaya, Inc. (Com) | | None | J | T | | | | | |
| 17. f) Lucent Tech, Inc. (Com) nka | A | None | J | T | Merger | 12/1/ | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Alcatel0Lucent ADR | | | | | | | | | |
| 18. g) Viacom B (Com) | A | Dividend | K | T | | | | | |
| 19. h) AIM Blue Chip B | | None | J | T | Sold | 1/19 | J | B | |
| 20. i) AIM New Tech Fund f/k/a Invesco | | None | J | T | | | | | |
| 21. j) AIM Value Fund C1B | | None | K | T | | | | | |
| 22. k) GNMA (9/86) | A | Interest | J | T | | | | | |
| 23. l) GNMA (12/86) | A | Interest | J | T | | | | | |
| 24. m) AGRA (Com) | | None | J | T | | | | | |
| 25. n) AGRB (Com) | | None | J | T | | | | | |
| 26. o) Comcast Corp (Com) | | None | J | T | | | | | |
| 27. p) AIM Premier Equity Fund Class A | A | Distribution | K | T | | | | | |
| 28. q) Capital World Growth & Income B | A | Dividend | K | T | | | | | |
| 29. AIM Invesco Growth Fund | | None | K | T | | | | | |
| 30. AIM Diversified Div Fund | A | Dividend | K | T | | | | | |
| 31. AIM Invesco Free Bond Fund | C | Int./Div. | L | T | | | | | |
| 32. Oppenheimer Main St. and Growth | A | Dividend | J | T | Sold | 11/29 | J | A | |
| 33. Valic (IRA) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 04/04/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  Waddell & Reed Tot. Ret. Fund (IRA) | A | Dividend | J | T | | | | | |
| 35.  U.S. Consolidated Federal Credit Union | | | | | | | | | |
| 36.  a) CD | A | Interest | J | T | | | | | |
| 37.  b) Account #1 | A | Interest | J | T | | | | | |
| 38.  USbancorp Account #1 | A | Interest | J | T | | | | | |
| 39.  USbancorp Account #2 | A | Interest | J | T | | | | | |
| 40.  Lot Riverside County, Calif (Line 20, 2000 Report) | | None | J | W | | | | | |
| 41.  .333 Interest in Sec. 15, TWP 10 S, Rng. 14E, SBBAM | D | Rent | L | W | | | | | |
| 42.  Brokeridge Account #1 (IRA) | | | | | | | | | |
| 43.  a) Capital World Growth Income B | A | Dividend | K | T | | | | | |
| 44.  b) Capital Income Building Fund B | A | Dividend | K | T | | | | | |
| 45.  American Funds IICA | A | Dividend | K | T | | | | | |
| 46.  Brokeridge Account #3 | A | Dividend | J | T | Buy | 1/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None

| Name of Person Reporting | Date of Report |
|---|---|
| BABCOCK, LEWIS T | 04/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Date 4 / 4 / 07

NOTE: ANY INDIVIDUAL ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544